UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

BUILDING TRADES UNITED PENSION
TRUST FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF CARPENTERS
HEALTH FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, MILWAUKEE
CARPENTERS JAC FUND, IAP/CA FUND,
and WILLIAM ROEHR,

        Plaintiffs,

vs.                             Case No. 05-C-0437

AUGUST H. WULF COMPANY, INC.,

        Defendant.
_____

ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.     Defendant August H. Wulf Company, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.     August H. Wulf Company, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of

1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $57,296.57.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, IAP/CA Fund, and William Roehr, and against defendant August H. Wulf Company, Inc. in the amount of $57,296.57 together with interest at the rate allowed by law.

Dated this 15th day of June 2005.

                BY THE COURT

                s/J. P. Stadtmueller
                J. P. Stadtmueller
                U. S. District Judge

N:\WPDOCS\rl\05-437 Ord for Judgment.wpd