# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF CARPENTERS
HEALTH FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, MILWAUKEE
CARPENTERS JAC FUND, IAP/CA FUND,
and WILLIAM ROEHR,     JUDGMENT IN A CIVIL CASE

                  v.     case number: 05-C-437

AUGUST H. WULF COMPANY, INC.,

    Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, IAP/CA Fund, and William Roehr, recover from the defendant August H. Wulf Company, Inc. the sum of $57,296.57 together with interest thereon at the rate that is provided by law.


APPROVED:    s/ J. P. Stadtmueller
           U.S. District Judge


   June 15, 2005                               SOFRON B. NEDILSKY
Date                                               Clerk

                                                    s/ Debra A. Graff
                                                    (By) Deputy Clerk